UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------

WILLIAM GIRARD,

                          Plaintiff,

    vs                                                       7:05-CV-544

UNITED STATES ARMY,

                          Defendant.

-------------------------------------------------

APPEARANCES:                                     OF COUNSEL:

WILLIAM GIRARD
Plaintiff, Pro Se
3722 E. Mandan Drive
Sierra Vista, AZ 85650

HON. GLENN T. SUDDABY                    WILLIAM F. LARKIN, ESQ.
United States Attorney                           Assistant U.S. Attorney
Attorney for Government
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## O R D E R

       The defendant, The United States Army, brought this motion for summary judgment pursuant to Fed. R. Civ. P. 56.  There was no opposition filed with regard to the motion, and the complaint is dismissed.

       Therefore, it is

       ORDERED that the complaint is DISMISSED in its entirety

       The Clerk is directed to file judgment accordingly, and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 21, 2007
       Utica, New York.